UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ARIEL QUERALTA ABREU
Immigration File No. A220 784 488

v.

KRISTI NOEM,
in her capacity as Secretary of the
United States Department of Homeland
Security,

JOSEPH EDLOW, in his
capacity as Director of U.S.
Citizenship and Immigration Services

and

Director, National Benefits Center

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CASE NO.

_____

---

## PETITION FOR WRIT OF MANDAMUS
## AND TEMPORARY RESTRAINING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Ariel Queralta, Plaintiff, by and through Salvador Colón, his

attorney, and for cause of action would show the Court the following:

This is an action to compel the U.S. Citizenship and Immigration Services

("CIS"), through its National Benefits Cetner, to adjudicate Mr. Queralta's

application for Lawful Permanent Residence, filed some time in 2022.

## I. THE PARTIES

1

Mr. Queralta is a twenty six year old native and citizen of Cuba. According to the Record of Deportable/Inadmissible Alien (Form I-213) compiled and issued by the Government on January 27, 2026, Mr. Queralta was paroled in to the U.S. with a Form I-220A on November 3, 2021. In 2022, Mr Queralta filed an application for Lawful Permanent Residence, Form I-485. On November 29, 2022, the National Benefits Center requested additional information regarding the application. Mr. Queralta promptly responded to the request, an the application has remained pending since that time.

Defendant Kristi Noem is the Secretary of the U.S. Department of Homeland Security, and in that capacity has responsibility for adjudication of immediate relative petitions such as that filed by Ms. Calderón and Ms. Escobar, through its agency, the U.S. Citizenship and Immigration Services.

Defendant Joseph Edlow is the Director of the U.S. Citizenship and Immigrtion Services (CIS). an agency of the Department of Homeland Security. generally charged with supervisory authority over all operations of the CIS, including the adjudication of requests for employment authorization.

The Director of the National Benefits Center (NBC) is named as defendant in this case. Mr. Queralta's petition is pending at the NBC, which requested additional information in 2022 and has failed to take further action on the application, which has Receipt No. MSC23 9008 4977.

## II. JURISDICTION

2

Jurisdiction in this case is proper pursuant to Article 1, Section 9, Clause 2, of the United States Constitution, 28 U.S.C. § 2241(c) (the codification of the Great Writ), 28 U.S.C. § 1651 (All Writs Act) and 28 U.S.C. § 1331 (federal question jurisdiction) and § 241(a)(2) of the Act [8 U.S.C. 1231(a)(2)]. Authority to grant the requested injunctive relief in cases otherwise within the Court's jurisdiction is conferred by 28 U.S.C. § 2201(a).

## III. VENUE

Venue is proper in this Court pursuant to 28 U.S.C. 1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides. Mr. Queralta is currently detained in Conroe, Texas.

## IV. EXHAUSTION OF REMEDIES

Mr. Queralta has no administrative remedies and turns to the Court as his only legal remedy in this instance.

## V. IRREPARABLE HARM

Mr. Queralta was detained on January 27, 2026 because of the NBC's failure to act on his application. Mr. Queralta continues to be detained, and is suffering irreparable harm because of the undue and illegal delay in adjudication of his application.

## VI. CAUSE OF ACTION

The instant petition is pending at the National Benefits Center, having been filed in November 2022. The delay is unreasonable.

3

Mr. Queralta now asks this Court to enjoin Defendants from continued refusal to adjudicate his application.

## VII. PRAYER

WHEREFORE, PREMISES CONSIDERED, Mr. Queralta respectfully prays that Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

1) ordering Defendants to adjudicate Mr. Queralta's application;

2) enjoining Defendants from continued violation of law by failing to adjudicate Mr. Queralta's application;

3) awarding reasonable attorneys fees and court costs under the Equal Access to Justice Act; and

4) granting such other relief as the Court in equity might grant.

Respectfully submitted,

Salvador Colón
Salvador Colón, PC
PO Box 2951
Houston, Texas 77252
(713)863-7909
scolon@scolon.net
Fed. Adm. No. 17855

4

## VERIFICATION

COMES NOW, Salvador Colón, before me the undersigned authority, known to me to be the person stated, and under oath does state the following:

"My name is Salvador Colón. I swear that I am Counsel of Record for the Plaintiff in the instant case, who presently resides in Conroe, Texas. I hereby affirm that I have read the foregoing petition, and that everything contained therein is true and correct to the best of my personal knowledge and/or information and belief after reasonable inquiry, and that the requested injunctive relief is warranted to prevent irreparable injury to Plaintiff."

_____
SALVADOR COLON

SWORN TO and subscribed before me this ___15th___ day of ___February___, 20_26_.

_____
NOTARY PUBLIC in and for
the STATE OF TEXAS

MA ELENA COLON
Notary Public, State of Texas
Comm. Expires 03-28-2027
Notary ID 131944592

